BERTHA BAUMANN, appellant,

*v.*

REGINALD B. NAUGLE et al., respondents.

[Decided September 29th, 1925.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Buchanan, whose opinion is reported in *97 N. J. Eq. 110.*

*Mr. Earl A. Merrill,* for the appellant.

*Mr. Augustus C. Nash,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, JJ. 13.

*For reversal*—None.